ACCEPTED
06-14-00208-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/13/2015 12:22:14 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00208-CR

| | | | |
|---|---|---|---|
| **TONY DEWAYNE CRAYTON** | § | **IN THE** | |
| | § | | FILED IN<br>6th COURT OF APPEALS |
| **v** | § | **6th COURT** | TEXARKANA, TEXAS |
| | § | | 10/13/2015 12:22:14 PM |
| **STATE OF TEXAS** | § | **OF APPEALS** | DEBBIE AUTREY<br>Clerk |

### MOTION FOR LEAVE TO FILE APPELLEE'S BRIEF LATE

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes The State of Texas, Appellee in the above styled and numbered cause, and prays this Court to grant leave to file Appellee's brief late, pursuant to the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.  This case is on appeal from the 8th Judicial District Court of Hopkins County, Texas.

2.  The case below was styled the STATE OF TEXAS vs. TONY DEWAYNE CRAYTON and numbered as 1323670.

3.  The Appellant was convicted and sentenced by the judge to 50 years in the penitentiary after a trial before the court.

4.  The Appellee's brief was due by midnight on October 12, 2015. Appellee requests leave to file Appellee's brief late on October 13, 2015.

6.  Appellee's brief is being filed contemporaneous with the motion.

7.  Appellee requests leave due to the following:

**i.** Appellee's attorney was involved in preparing and trying *State of Texas v. Franklin Coy Kuhl, Jr.,* Cause Number 1423952 the week before the brief was due. This was a serious case wherein the defendant received a life sentence on Wednesday, October 13, 2015.

**ii.** Although Appellee's attorney had previously been working on the brief, in attempting to finish the brief on Monday, October 12, 2015 (Columbus Day), the issues and research became more in-depth and he failed to completely finish prior to the midnight deadline.

**WHEREFORE, PREMISES CONSIDERED**, Appellee prays that this Court grant leave to file Appellee's Brief a few hours late, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

By:_____//s// Will Ramsay_____
    Will Ramsay
    8th Judicial District Attorney
    State Bar No. 24039129
    P.O. Box 882
    110 Main Street
    Sulphur Springs, TX 75482
    Ph: (903) 885-0640
    Fax: (903) 885-0641
    wramsay@hopkinscountytx.org
    Attorney for Appellee

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the above and foregoing MOTION FOR LEAVE TO FILE APPELLEE'S BRIEF LATE was delivered via email to Martin Braddy, Attorney for Appellant, on October 13, 2015.

_____//s//Will Ramsay_____
WILL RAMSAY—Attorney for the Appellee